1  **DALE A. BLICKENSTAFF - #40681**
   Attorney at Law
2  2350 West Shaw Avenue, Suite 132
   Fresno, California 93711
3  (559) 432-0986 Telephone
   (559) 432-4871 Facsimile
4

5  Attorney for Defendant, DANIEL OLUWA SESAN LEITCH

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )  **Case No. 1:12-CR-00083 DLB AWI**
                                        )
12             Plaintiff,               )  **STIPULATION AND ORDER FOR**
                                        )  **CONTINUANCE FOR STATUS**
13 v.                                   )  **CONFERENCE**
                                        )
14 DANIEL OLUWA SESAN LEITCH,           )
                                        )  **Date  :       August 27, 2012**
15             Defendant.               )  **Time  :       1:00 p.m.**
   _____  )  **Judge :       Dennis L. Beck**
16

17

18      It is hereby stipulated by and between Benjamin B. Wagner, United States Attorney and

19 Stanley A. Boone, Assistant U.S. Attorney and Dale A. Blickenstaff, attorney for DANIEL LEITCH

20 that the Status Conference set for August 27, 2012 at 1:00 p.m. be continued to September 24, 2012

21 at 1:00 p.m.

22      The defense had its forensic expert examine the seized digital evidence in this case at the office

23 of the Department of Homeland Security.   Another examination is necessary to satisfy defense

24 purposes.    This second examination has been problematic since the defense expert and the

25 government's expert need to communicate and that has not happened yet.   The defense expects that

26 communication to happen shortly and arrangements can be made for a second defense examination.

27      The parties agree that the time between the date of this stipulation and the new status

28 conference hearing date of September 24, 2012 at 1:00 p.m., shall be excluded in the interests of

1    justice, including but not limited to continuity of counsel and reasonable time necessary for effective

2    preparation pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv).

3          For the reasons set forth above, the parties respectfully request that the hearing scheduled for

4    August 27, 2012 at 1:00 p.m. be continued and a new status conference be scheduled for September

5    24, 2012 at 1:00 p.m.

6

7    Dated: August 23, 2012                    Respectfully submitted,

8                                              BENJAMIN B. WAGNER
                                              United States Attorney
9

10                                            By    /S/
                                              STANLEY A. BOONE
11                                            Assistant U.S. Attorney

12

13   Dated: August 23, 2012                   By    /S/ Dale A. Blickenstaff
                                              DALE BLICKENSTAFF
14                                            Attorney for DANIEL LEITCH

15

16

17         Time is excluded pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and 3161(h)(7)(B)(I) and
     (iv).
18

19

20         IT IS SO ORDERED.

21       **Dated:   August 23, 2012**                    **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28